IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Nickey Yolanda Dean, Debtor            Case No. 22-50793-KMS
                                                                        CHAPTER 13

## **NOTICE**

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.
**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: March 3, 2026          Signature:    /s/ Thomas C. Rollins, Jr.
                                                     Thomas C. Rollins, Jr. (MSBN 103469)
                                                     Jennifer Ann Curry Calvillo (MSBN 104367)
                                                     The Rollins Law Firm, PLLC
                                                     P.O. Box 13767
                                                     Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Nickey Yolanda Dean, Debtor                       Case No. 22-50793
                                                            CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on July 20, 2022, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor's applicable commitment period is three (3) years as evidenced by Form 122C-1 (Dk #6).

3. Debtor's priority and secured claims have been paid in full pursuant to the terms of the confirmed plan (Dk #27).

4. Debtor proposes to modify the confirmed plan to shorten the term of the confirmed plan from sixty (60) months to forty-four (44) months.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                        <u>/s/ Thomas C. Rollins, Jr.</u>
                                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

NICKEY YOLANDA DEAN

CASE NO: 22-50793-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 3/3/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>NICKEY YOLANDA DEAN | CASE NO: 22-50793-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 3/3/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/3/2026

*Victoria Blake* (signature)

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-50793-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE MAR 3 7-40-45 PST 2026 | CREDIT ACCEPTANCE CORP<br>25505 W 12 MILE ROAD<br>SUITE 3000<br>SOUTHFIELD  MI 48034-8331 | ECMC<br>PO BOX 16408<br>ST PAUL  MN 55116-0408 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | 1ST HERTGE CREDIT<br>903 ROBINSON ST<br>WAYNESBORO  MS 39367-2455 | ACCEPTANCENOW<br>5501 HEADQUARTERS<br>PLANO  TX 75024-5837 |
| AFFIRM  INC<br>PO BOX 720<br>SAN FRANCISCO  CA 94104-0720 | AIDVANTAGE ON BEHALF OF THE DEPARTMENT OF ED<br>DEPT OF ED LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE  PA 18773-9635 | ASHLEY FUNDING SERVICES  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| BANK OF MISSOURI<br>216 W 2ND ST<br>DIXON  MO 65459-8048 | BONNEVILLE BANK<br>1675 N 200 W<br>PROVO  UT 84604-2510 | CHRYSLER CAPITAL<br>1601 ELM ST  SUITE 800<br>DALLAS  TX 75201-7260 |
| ~~EXCLUDE~~<br>~~(D)CREDIT ACCEPTANCE CORPORATION~~<br>~~25505 W 12 MILE RD STE 3000~~<br>~~SOUTHFIELD  MI 48034-8331~~ | CELTIC BANK CO<br>PO BOX 4488<br>BEAVERTON  OR 97076-4402 | CHIMEFSTR<br>PO BOX 417<br>SAN FRANCISCO  CA 94104-0417 |
| CONTINENTAL FINANCE<br>PO BOX 31292<br>TAMPA  FL 33631-3292 | CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS  NV 89193-8873 |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION(EC<br>ECMC<br>PO BOX 16408<br>ST PAUL  MN 55116-0408 | FASTPACE MISSISSIPPI<br>1621 W PEACE ST<br>CANTON  MS 39046-9041 | FIFTH AND GLAM<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 |
| FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD  MN 56303-0820 | FIRST ELECTRONIC BANK<br>2150 S 1300 E 400<br>SALT LAKE CITY  UT 84106-4336 | FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC<br>DBA 1ST HERITAGE CREDIT<br>FIRST HERITAGE CREDIT<br>903 ROBINSON ST<br>WAYNESBORO  MS 39367-2455 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | GINNYS<br>PO BOX 2825<br>MONROE  WI 53566-8025 | GRAIN TECHNOLOGY INC<br>505 14TH STREET<br>OAKLAND  CA 94612-1468 |

| | | |
|---|---|---|
| (P)KLS FINANCIAL SERVICES<br>PO BOX 565<br>MORRISVILLE NC 27560-0565 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LENDY LLC<br>PO BOX 9035<br>DAYTON OH 45409-9035 |
| MASSEYS<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | MED DATA SYSTEM<br>128 W CENTER AVE<br>2ND FLOOR<br>SEBRING FL 33870-3103 | (P)MERCHANTS ADJUSTMENT SERVICE INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 |
| MERIT HEALTH WESLEY<br>5001 HARDY ST<br>HATTIESBURG MS 39402-1308 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MIDLAND FUND<br>320 EAST BIG BEAVER<br>TROY MI 48083-1238 |
| MIDNIGHT VELVET<br>1112 7TH AVE<br>MONROE WI 53566-1364 | MIRAMED REVENUE GROUP<br>360 E 22ND STREET<br>LOMBARD IL 60148-4924 | MONTGOMERY WARD<br>3650 MILWAUKEE<br>MADISON WI 53714-2304 |
| NAVIENT SOLUTIONS INC<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 | PINNACLE SERVICE SOLUTIONS LLC<br>4408 MILESTRIP RD 247<br>BLASDELL NY 14219-2553 | PLAZA SERVICES LLC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 |
| POSSIBLE FINANCE<br>500 YALE AVE N<br>SEATTLE WA 98109-5680 | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRIME INVESTMENT<br>1800 ROUTE 34<br>SUITE 305<br>KEYPORT NJ 07735 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CKS PRIME INVESTMENTS LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY INTERNATIONAL PURCHASING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RISE CREDIT<br>PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 |
| RESURGENT CAPITAL SERV<br>15 SOUTH MAIN ST<br>STE 600<br>GREENVILLE SC 29601-2768 | RISE CREDIT<br>PO BOX 101808<br>FORT WORTH TX 76185-1808 | SANTANDER CONSUMER USA<br>PO BOX 961212<br>FORT WORTH TX 76161-0212 |
| SANTANDER CONSUMER USA INC AN ILLINOIS<br>CORPORATION DBA CHRYSLER CAPITAL<br>1601 ELM ST STE 800<br>DALLAS TX 75201-7260 | SEVENTH AVE<br>1112 7TH AVE<br>MONROE WI 53566-1364 | (P)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |

~~EXCLUDE~~

~~(D)(P)SPRING OAKS CAPITAL LLC~~
~~1400 CROSSWAYS BLVD STE 100B~~
~~CHESAPEAKE VA 23320-0207~~

SUNBELT FEDERAL CREDIT UNION
6885 US HWY 49 N 3
HATTIESBURG MS 39402

THE SWISS COLONY
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849


~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

VELOCITY INVESTMENT
1800 NJ34
404A
WALL TOWNSHIP NJ 07719

WORLD ACCEPTANCE CORP
PO BOX 6429
GREENVILLE SC 29606-6429


WORLD FINANCE
WORLD ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606-6429

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836


DEBTOR

NICKEY YOLANDA DEAN
971 WALLER RIDGE RD
SHUBUTA MS 39360-9687

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~